STATE *ex rel.* M. E. GARLAND v. CITY OF SARASOTA.

193 So. 299
Opinion Filed January 5, 1940
Rehearing Denied January 26, 1940

*Wylie & Warren,* and *Keen & Allen,* for Plaintiff in' Error;

*Williams & Dart,* for Defendant in Error.

TERRELL, C. J.—The record and the briefs in this cause have been examined and the questions raised found to be identical with those raised and decided in State *ex rel.* M. E. Garland v. City of West Palm Beach, a municipal corporation, decided this date. The judgment below is accordingly affirmed on authority of the last cited case.

Affirmed.

WHITFIELD, P. J., BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.